893 A.2d 716

IN THE MATTER OF GERALD M. LYNCH, AN ATTORNEY
AT LAW (ATTORNEY NO. 023731977).

March 21, 2006.

ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 05–244, concluding that **GERALD M. LYNCH** of **NEW BRUNSWICK,** who was admitted to the bar of this State in 1977, should be reprimanded for violating *RPC* 5.5(a)(unauthorized practice of law);

And **GERALD M. LYNCH** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And the Court having determined from its review of the matter that a censure is the appropriate discipline for respondent's unethical conduct;

And good cause appearing;

It is ORDERED that **GERALD M. LYNCH** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.